**Order entered November 7, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-14-00086-CR
No. 05-14-00087-CR

**JOSEPH GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82353-2012, 219-81886-2013**

## ORDER

The Court **REINSTATES** the appeals.

On October 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 6, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the October 21, 2014 order requiring findings.

We **GRANT** the November 6, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE